**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**MARGARET BOYD-OWENS, AND**                  **PLAINTIFFS**
**JACQUELINE JOHNSON**

**V. CASE NO. 4:20CV-01284**

**SHORTER COLLEGE, INC.**                        **DEFENDANT**

## MOTION TO DISMISS WITH PREJUDICE

COMES the Plaintiffs, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.;** and,

for this Motion to Dismiss with Prejudice, he states:

1.        A settlement has been reached in this matter. Therefore, each Plaintiff moves to

dismiss this cause of action, *with prejudice*, each party to bear their own costs and fees.

**WHEREFORE**, Plaintiff, **CHARLES WARREN**, prays for an Order granting this

Motion to Dismiss, *with prejudice*; each party to bear their own fees and costs; and, for all other

just and proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501/315-1910  Office
501/315-1916  Facsimile
Attorneys for the Plaintiff

By:    */s/ Luther Sutter*
          Luther Sutter, Esq. ARBN 95031
          luther.sutterlaw@gmail.com

## CERTIFICATE OF SERVICE

I, Luther Sutter, certify that on this 11th day of August, 2022, a copy of the Motion to Dismiss with Prejudice has been served upon counsel of record via ECF and mail as follows:

John Frase

By:    */s/ Luther Sutter*

Luther Sutter, Esq. ARBN 95031

luther.sutterlaw@gmail.com