IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARGARET BOYD-OWENS and**  **PLAINTIFFS**
**JACQUELINE JOHNSON**

v.            CASE NO. 4:20-CV-01284-BSM

**SHORTER COLLEGE, INC.**                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE